UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

               Plaintiff,

     vs.

KYRA EVANS,

               Defendant.

No. CR18-251RSL

MINUTE ORDER

    The following Minute Order is made and entered on the docket at the direction of the

HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

    The imposition of sentence for the above named defendant has been rescheduled from Friday,

June 14, 2019 to **Friday, November 1, 2019 at 10:00 a.m.** in room 15106 before the Honorable Robert

S. Lasnik, United States District Court Judge.

    DATED this 11th day of March, 2019.

                           /s/Kerry Simonds
                           by Kerry Simonds, Deputy Clerk
                           To Robert S. Lasnik, Judge
                           206-370-8519